Opinion issued August 6, 2020



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00293-CV

———————————

## MARK GROBA, Appellant

## V.

## GERMAN AMERICAN FARM MUTUAL INSURANCE COMPANY, Appellee

———————————

On Appeal from the 425th Judicial District Court
Williamson County, Texas
Trial Court Case No. 14-0291-C277

———————————

## MEMORANDUM OPINION

Appellant, Mark Groba, has filed a motion to dismiss this appeal. More than ten days have passed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.